No. 559. SPRUILL *v.* BUCK. December 1, 1930. Petition for writ of certiorari to the Court of Appeals of the District of Columbia, and motion for leave to proceed *in forma pauperis*, denied. *Georgia M. Spruill, pro se.* No appearance for respondent.

No. 467. LATSHAW, JUDGE, *v.* MISSOURI EX REL. KANSAS CITY PUBLIC SERVICE Co. See same case, *ante*, p. 806.

No. 454. JOHN M. BRANT Co. *v.* UNITED STATES. December 1, 1930. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Earle W. Wallick* and *David J. Shorb* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg* and *Messrs. Claude R. Branch* and *George H. Foster* for the United States.

No. 459. GEORGE A. HORMEL & Co. *v.* UNITED STATES. December 1, 1930. Petition for writ of certiorari to the Court of Claims denied. *Mr. L. L. Hamby* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg* and *Messrs. Claude R. Branch, George H. Foster,* and *W. Marvin Smith* for the United States.

No. 498. WALKER ET AL. *v.* SUTHERLAND, ALIEN PROPERTY CUSTODIAN. December 1, 1930. Petition for writ of certiorari to the Supreme Court of Oregon denied. *Mr. James J. Crossley* for petitioners. *Solicitor General Thacher* and *Messrs. Claude R. Branch, J. Frank Staley, Thomas E. Rhodes, Paul D. Miller,* and *A. W. Henderson* for respondent.